**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8105**

_____

DAVID HARRELL,

            Petitioner - Appellant,

      v.

MILDRED L. RIVERA, Warden FCI Estill,

            Respondent - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  David C. Norton, District Judge.
(3:07-cv-02710-DCN)

_____

Submitted:  January 15, 2009      Decided:  January 26, 2009

_____

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

David Harrell, Appellant Pro Se.  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Harrell, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harrell v. Rivera, No. 3:07-cv-02710-DCN (D.S.C. Sept. 3, 2008). We grant Harrell's motion to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED